# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUN -5 PM 4:04
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Kevin Lemieux, individually and on behalf of others similarly situated,

vs

Global Credit & Collection Corp.,

SUMMONS IN A CIVIL ACTION
Case No. '08 CV 1012 IEG POR

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Joshua B. Swigart
Hyde & Swigart
411 Camino Del Rio South, Suite 301
San Diego, CA 92108

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

JUN 05 2008

DATE

By C. PUTZMANN, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)