UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEMIEUX, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL CREDIT & COLLECTION CORP. ,<br><br>Defendant. | Civil No.   08cv1012-IEG (POR)<br><br>**ORDER DENYING JOINT MOTION FOR CONTINUANCE OF CUT-OFF DATES**<br><br>**(Doc. No. 15.)** |

On September 4, 2009, the parties filed a joint motion for a continuance of cut-off dates. (Doc. No. 15.)  The parties seek a four-month continuance for the filing of Plaintiff's motion for class certification, which is presently set for November 20, 2009.  Upon review, the Court finds that the requested modification would significantly affect and prejudice dates before the Honorable Irma E. Gonzalez.  Accordingly, this motion is **DENIED** without prejudice.  Any further requests that will affect dates on Judge Gonzalez's calendar shall be brought before Judge Gonzalez.

**IT IS SO ORDERED.**

DATED: September 18, 2009

_____
LOUISA S PORTER
United States Magistrate Judge

cc:     The Honorable Irma E. Gonzalez
         All parties